JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8

FRANK MERINO,

9

Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

10
11
12
13
14
15

) Case No. 2:24-cv-10877-AS
)
) **[PROSED] JUDGMENT**
)
)
)
)
)
)
)
)

16
17
18
19
20
21
22

The Court hereby approves the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged with this Judgment of Remand, IT IS
HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned
action is remanded to the Commissioner of Social Security for further proceedings
consistent with the Stipulation to Remand.

23
24

DATED:  May 14, 2025          _____

25

/ s / Sagar

HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

26
27
28